

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 26–50186
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
April Maria Bowman
220 Armfield Street
Statesville, NC 28677
Social Security No.: xxx–xx–3970

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 06/28/2026 as document(s) # 20 is defective for the reason(s) marked below:

Notice sets hearing/opportunity for hearing on a day that is not a court date.

Incorrect Hearing time

Please correct hearing/courtroom location

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: June 29, 2026                                        Christine F Ramsey
                                                           Clerk of Court

Electronically filed and signed (6/29/26)