**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:

APRIL MARIA BOWMAN,

     DEBTOR

CHAPTER 13
CASE NO.: 26-50186

### AMENDED NOTICE OF OPPORTUNITY FOR HEARING

TAKE NOTICE that Credit Acceptance Corp. ("Credit Acceptance"), by and through counsel, has filed papers with the Court to seek relief from the automatic stay. A copy of these papers are included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to order relief from the automatic stay, or if you want the Court to consider your views on the motion, then on or before 14 days from the date of this Notice, you or your attorney must do three things:

1. **File with the Court a written response requesting that the Court hold a hearing and explaining your position. File the response at:**

   U.S. Bankruptcy Court
   Western District of North Carolina
   200 West Broad Street, Room 301
   Statesville, NC 28677

   If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   Eudora F. S. Arthur
   Womble Bond Dickinson (US) LLP
   555 Fayetteville Street, Suite 1100
   Raleigh, NC 27601
   *Attorney for Credit Acceptance Corp.*

WBD (US) v-

3. **Attend the hearing scheduled for August 14, 2026 at 09:30 AM** at:

U.S. Bankruptcy Court
Western District of North Carolina
200 West Broad Street, Room 301
Statesville, NC 28677

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  July 8, 2026            WOMBLE BOND DICKINSON (US) LLP

By:      /s/ Eudora F. S. Arthur
          Eudora F. S. Arthur (NC Bar No. 59854)
          555 Fayetteville Street, Suite 1100
          Raleigh, NC 27601
          Phone: (919) 755-2178
          Email: Dorie.Arthur@wbd-us.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Motion for Relief from Automatic Stay on:

>April Maria Bowman
>220 Armfield Street
>Statesville, NC 28677
>*Debtor*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion for Relief from Automatic Stay was served by electronic means through the Court's CM/ECF service on:

>Robert H. Gourley, Jr.
>*Attorney for Debtor*

>Steven G. Tate
>*Chapter 13 Trustee*

>Shelley K. Abel
>*Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2026

WOMBLE BOND DICKINSON (US) LLP

By:   /s/ Eudora F. S Arthur
EUDORA F. S. ARTHUR
NC State Bar Number 59854
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Credit Acceptance Corp.*

WBD (US) v-WBD (US) v-