

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 26–50186
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
April Maria Bowman
220 Armfield Street
Statesville, NC 28677
Social Security No.: xxx–xx–3970

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Amended Notice of Opportunity for Hearing filed in the above referenced case on 07/08/2026 as document(s) # 22 is defective for the reason(s) marked below:

Notice references incorrect courtroom location & incorrect address for written responses/objections.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: July 9, 2026                                    Christine F Ramsey
                                                       Clerk of Court

Electronically filed and signed (7/9/26)